JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE BENARD AUSTION, | Case No. 2:20-cv-10898-ODW (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SHERIFF ALEX VILLANUEVA, | |
| Respondent. | |

This matter came before the Court on the Petition of JASMINE BENARD AUSTION, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:  January 15, 2021

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE